UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 06-50928 |
| Northwest Construction, Inc. | : | Chapter 7 |
| | | Judge John E. Hoffman, Jr. |
| Debtor. | : | |

**MOTION FOR AN ORDER REOPENING THE CASE; DIRECTING APPOINTMENT OF TRUSTEE; AND DISPENSING WITH NOTICE**

Larry J. McClatchey, former Trustee in the above-named closed case, moves this Court for an Order Reopening the Case and Directing Appointment of a Trustee pursuant to 11 U.S.C. §§350(b), Rule 5010 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5010-1.  The grounds supporting this Motion are set forth in the following Memorandum in Support.

Respectfully submitted,

/s/Larry J. McClatchey
Larry J. McClatchey    (0012191)
KEGLER BROWN HILL & RITTER
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5400
Facsimile:  (614) 464-2634
lmcclatchey@keglerbrown.com
Trustee and Attorney for Trustee

**MEMORANDUM IN SUPPORT**

Northwest Construction, Inc. ("Debtor") filed a Petition for Relief under Chapter 7 of the Bankruptcy Code on March 13, 2006.  Larry J. McClatchey was appointed Trustee on or about March 16, 2006.

The Trustee filed his Report of No Distribution on September 21, 2006, and the Court closed this case on September 21, 2006.

On September 22, 2014, Trustee was informed of an asset of the estate which should be administered for the benefit of creditors. The Cuyahoga Court of Common Pleas has entered an Order preliminarily approving a proposed settlement with the Bureau of Worker's Compensation concerning over payment of premiums. Trustee has filed an application to recover the Debtor's portion of those settlement funds (the "Settlement"). However, the value of said asset is unknown at this time.

## Law and Argument

The former Trustee seeks to reopen the case to administer the Settlement. 11 U.S.C. §554(d) provides as follows:

> Unless the court orders otherwise, property of the estate that is not abandoned under this section and that is not administered in the case remains property of the estate.

The purpose of §554(d) is to preclude abandonment by mere operation of law of property not listed in the Debtor's schedules. Therefore, the Debtor's interest in the asset remains property of the bankruptcy estate.

Section 350(b) permits the reopening of a closed case to "administer assets." In the instant case, it is necessary and appropriate to reopen the case for the benefit of creditors. Additionally, it is necessary for the Office of the U.S. Trustee to promptly appoint a Trustee to protect the interest of creditors and to ensure efficient administration of the case.

Trustee submits that the reopening of this case and administration of this asset will result in a significant distribution to creditors. The only administrative costs will be Trustee compensation and reasonable and necessary expenses. It may be necessary for the Trustee to employ legal counsel for review of documents relating to the Settlement.

WHEREFORE, Larry J. McClatchey respectfully requests that this Court enter an Order Reopening the Case; Directing the Appointment of a Trustee and Dispensing with Notice in order to administer property of the estate for the benefit of creditors.

Respectfully submitted,

/s/Larry J. McClatchey
Larry J. McClatchey    (0012191)
KEGLER BROWN HILL & RITTER
65 East State Street, Suite 1800
Columbus, Ohio 43215
(614) 462-5400
Facsimile:  (614) 464-2634
lmcclatchey@keglerbrown.com
Trustee and Attorney for Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2015 a copy of the foregoing *Motion for an Order Reopening the Case; Directing Appointment of Trustee; and Dispensing with Notice* was served electronically through the Court's ECF System at the email address registered with the Court:

Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
Brian M Gianangeli    bgianangeli@mifsudlaw.com
Larry J McClatchey    rkelley@keglerbrown.com, ecf.alert+McClatchey@titlexi.com
David M Whittaker    dwhittaker@bricker.com

and on the following by ordinary US Mail addressed to:

**SEE ATTACHED EXHIBIT A**

/s/Larry J. McClatchey
Larry J. McClatchey

# **EXHIBIT A**

Northwest Construction
1170 Olde Henderson Road
Suite 105
Columbus, Ohio 43220

Archer Meek Weiler Agency Inc.
150 East Mound St.
Suite 308
Columbus, OH 43215

BWC State Insurance Fund
Corporate Processing Department
PO Box 710977
Columbus, OH 43271-0977

CNA Surety
1111 East Broad St., Suite 200
Columbus, OH 43215

City of Columbus
Income Tax Division
50 West Broad St. 4th Floor
Columbus, OH 43215

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvencies
PO Box 1579
Cincinnati, OH 45201

Kevin R. Nose Esq
471 East Broad St.
11th Floor
Columbus, OH 43215

Melissa A. Gurlie Esq.
Lane Alton & Horst
175 S. Third St. Suite 700
Columbus, OH 43215

Ohio Bureau of Workers Compensation
Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Attorney General
Collections Enforcement Section
150 E. Gay Street, 21 Floor
Columbus, OH 43215

Ohio Bureau of Workers Compensation
150 E. Gay St, 21st Floor
Columbus, OH 43215

Ohio Bureau Of Workers' Compensation
30 W Spring St
Po Box 15567
Columbus, OH 43215-0567

Ohio Department of Job and Family Serv.
Attn Collection Department
PO Box 923
Columbus, OH 43216

Ohio Department of Job and Family Services
Post Office Box 182404
Columbus, Ohio 43218-2404

Ohio Department of Jobs and Family Svcs.
PO Box 182413
Columbus, OH 43218-2413

Ohio Department of Taxation
Attn Bankruptcy Division
PO Box 530
Columbus, OH 43266-0030

Receivables Management Services
PO Box 723001
Atlanta, GA 31139-0001

Regional Income Tax Agency
PO Box 470537
Attn: Legal Department
Broadview Heights, OH 44147-0537

Regional Income Tax Agency
PO Box 477900
Broadview Heights, OH 44147-7900

Robert M. Lancione Esq.
875 Mt. Vernon Ave.
Columbus, OH 43205

Sprint
PO Box 541023
Los Angeles, CA 90054

Steve Popelsky Esq.
Motorists Insurance
471 E. Broad St.
Columbus, OH 43215

Surety Recovery Management LLC
8600 LaSalle Rd., Suite 311
Towson, MD 21286

Terry Looker
1865 Andover Rd.
Columbus, OH 43212

The Motorists Insurance Group
Attn Melissa Henson
PO Box 182155
Columbus, OH 43218-2155