**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: February 5, 2015**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 06-50928 |
| Northwest Construction, Inc. | : | Chapter 7 |
| | | Judge John E. Hoffman, Jr. |
| Debtor. | : | |

### ORDER TO REOPEN CASE WITH APPOINTMENT OF TRUSTEE AND DISPENSING WITH NOTICE TO REOPEN
[Docket No. 13]

This matter is before the Court on the *Motion for an Order Reopening the Case; Directing Appointment of Trustee; and Dispensing with Notice*. Notice beyond that given by Applicant being unnecessary, and it being appropriate to reopen this case to administer assets, it is hereby

**ORDERED**, that the within bankruptcy case shall be reopened to administer assets for the benefit of creditors, and it is further

**ORDERED**, that the Office of the U.S. Trustee shall appoint a Chapter 7 Trustee.

**IT IS SO ORDERED.**

*Copies to Default Parties*

###